# UNITED STATES DISTRICT COURT
## SOUTHISN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| ALEJANDRO DAVID ROCHART MACHADO, | § § § | |
| Petitioner, | § § | |
| V. | § § | Civil Action No. 5:26-CV-00132 |
| MIGUEL VERGARA, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER TO SHOW CAUSE

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1).

On February 2, 2026, the Court ordered Respondents to file a response to the petition and serve it on Petitioner by February 9, 2026. (Dkt. No. 5). The Court also ordered Petitioner to serve Respondents and directed the Clerk of Court to provide notice of the action via electronic mail. (*Id.*). Petitioner filed proof that service was mailed to all named respondents and the United States Attorney's Office for the Southern District of Texas on February 6, 2026. (Dkt. No. 8). Respondents have yet to file a response to the petition.

Accordingly, Respondents are hereby **ORDERED** to file a response to the petition in accordance with the Court's prior Order, (Dkt. No. 5), and show good cause for their delay by **March 4, 2026**.

The Court **DIRECTS** the Clerk of Court to send this Order by electronic mail to USATXS.CivilNotice@usdoj.gov.

It is so **ORDERED**.

**SIGNED** on February 24, 2026.

John A. Kazen
United States District Judge